Dismissed and Memorandum Opinion filed March 24, 2005









Dismissed and Memorandum Opinion filed March 24, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00684-CV

____________

 

WILLIAM E.
MCCORMICK, JR., Appellant

 

V.

 

MELISSA
MCCORMICK, Appellee

 



 

On Appeal from County Court at Law
no. 3

Galveston County,
Texas

Trial Court Cause No. 02FD2412

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed
April 8, 2004.  The clerk=s record was filed
on August 9, 2004.  The reporter=s record was filed
on September 13, 2004.  No brief was
filed after two extensions.

On January 27, 2005, this Court issued an
order stating that unless appellant submitted his brief, together with a motion
reasonably explaining why the brief was late, on or before February 28, 2005, the Court would dismiss the appeal
for want of prosecution.  See Tex. R. App. P. 42.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 24, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.